Certificate Number: 05781-GAS-DE-041462360

Bankruptcy Case Number: 26-10755

05781-GAS-DE-041462360

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 18, 2026, at 9:38 o'clock PM PDT, Jackson Pittard completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Georgia.

Date: September 18, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President